```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ JOHN K. VINCENT
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2700
 5 │
 6 │
 7 │            IN THE UNITED STATES DISTRICT COURT
 8 │           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │ UNITED STATES OF AMERICA,    )   CASE NO. 2:11-MJ-274-DAD
                                  )
11 │              Plaintiff,      )
                                  )   STIPULATION TO CONTINUE
12 │      v.                      )   PRELIMINARY HEARING AND TO
                                  )   EXCLUDE TIME AND [PROPOSED]
13 │ KINDE DURKEE                 )   ORDER
                                  )
14 │              Defendant.      )
                                  )
15 │
16 │
17 │
```

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from October 19, 2011 at 2:00 pm to December 9, 2011 at 2:00 pm. The parties further stipulate that the time between October 19, 2011 and December 9, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients and bank accounts involved. The government needs additional time to conclude its investigation, including reviewing, analyzing, and synthesizing materials that have been produced, and will be

produced. Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).

The parties further stipulate and agree that there is good cause for this extension, and that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: October 11, 2011   By: _____
JOHN K. VINCENT
Assistant U.S. Attorney

DATE: October 14, 2011 By: _____
DANIEL NIXON
Attorney for Defendant

DATE: October 14, 2011 By: _____
KINDE DURKEE
Defendant

## O R D E R

For the reasons set forth above, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter shall, pursuant to Federal Rule of Criminal Procedure 5.1(d), be continued from October 19, 2011 at 2:00 pm to December 9, 2011 at 2:00 pm.

IT IS ALSO ORDERED that the time between October 19, 2011 and December 9, 2011 shall be excluded from the calculation of time under the Speedy Trial Act in the above-captioned action.

The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATE: October 17, 2011

_____
HON. DALE A. DROZD
U.S. Magistrate Judge