


1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-MJ-274-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER *DAD* |
| KINDE DURKEE | |
| Defendant. | |

The parties stipulate that the preliminary hearing in the above-captioned matter shall be continued from January 26, 2012 at 2:00 pm to February 28, 2012 at 2:00 pm. The parties further stipulate that the time between January 26, 2012 and February 28, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the arrest in this case occurred at a time before the investigation was completed, and that the case is complex given the number of clients of Ms. Durkee and bank accounts involved. The investigation has continued, a significant amount of materials have been acquired, and the government needs additional time to review, analyze, and

1

synthesize those materials. Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).

The parties further stipulate and agree that there is good cause for this extension, and that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 23, 2012      By:  /s/ John K. Vincent
                                 JOHN K. VINCENT
                                 Assistant U.S. Attorney

DATE: January 23, 2012      By:  /s/ Daniel Nixon
                                 DANIEL NIXON
                                 Attorney for Defendant

DATE: January 23, 2012      By:  /s/ Kinde Durkee
                                 KINDE DURKEE
                                 Defendant

O R D E R

For the reasons set forth above, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter shall, pursuant to Federal Rule of Criminal Procedure 5.1(d), be continued from January 26, 2012 at 2:00 pm to February 28, 2012 at 2:00 pm, before Magistrate Judge Carolyn K. Delaney.

IT IS ALSO ORDERED that the time between January 26, 2012 and February 28, 2012 shall be excluded from the calculation of

time under the Speedy Trial Act in the above-captioned action. The Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATE: January 25, 2012

*Dale A. Drozd*
HON. DALE A. DROZD
U.S. Magistrate Judge

3