```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JOHN K. VINCENT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 2:11-MJ-274-DAD
                                )
11              Plaintiff,      )
                                )   STIPULATION TO CONTINUE
12      v.                      )   PRELIMINARY HEARING AND TO
                                )   EXCLUDE TIME AND ORDER
13  KINDE DURKEE                )
                                )
14              Defendant.      )
    _____)
15
16
```

17    The parties stipulate that the preliminary hearing in the
18 above-captioned matter shall be continued from March 16, 2012 at
19 2:00 pm to March 30, 2012 at 2:00 pm.  The parties further
20 stipulate that the time between March 16, 2012 and March 30, 2012
21 should be excluded from the calculation of time under the Speedy
22 Trial Act.  The parties stipulate that the arrest in this case
23 occurred at a time before the investigation was completed, and
24 that the case is complex given the number of clients of Ms.
25 Durkee and bank accounts involved.  The investigation has
26 continued, and the government needs additional time to review,
27 analyze, and synthesize materials that it has obtained during the
28 course of this investigation.  Federal Rule of Criminal Procedure

1

5.1(d) and 18 U.S.C. § 3161(h)(7)(B)(iii).

The parties further stipulate and agree that there is good cause for this extension, and that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: March 10, 2012        By:  /s/ John K. Vincent
                                                  JOHN K. VINCENT
                                                  Assistant U.S. Attorney

DATE: March 13, 2012        By:  /s/ Daniel Nixon
                                                  DANIEL NIXON
                                                  Attorney for Defendant

DATE: March 13, 2012        By:  /s/ Kinde Durkee
                                                  KINDE DURKEE
                                                  Defendant

## O R D E R

For the reasons set forth above, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter shall, pursuant to Federal Rule of Criminal Procedure 5.1(d), be continued from March 16, 2012 at 2:00 pm to March 30, 2012 at 2:00 pm., before Magistrate Judge Dale A. Drozd.

IT IS ALSO ORDERED that the time between March 16, 2012 and March 30, 2012 shall be excluded from the calculation of time under the Speedy Trial Act in the above-captioned action. The

Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: March 14, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
durkee0274.stipo.cont.PE